UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Galen Traylor

           Plaintiff,

         -v-                     Court File No. 17-cv-01844-PJS-KMM

Credit Acceptance Corp.
d/b/a Auto Collections,

           Defendant.

## ORDER TO STAY PROCEEDINGS PENDING ARBITRATION

It is hereby ORDERED that:

1. On or about May 8, 2017, Plaintiff Galen Traylor ("Plaintiff") commenced the action entitled *Galen Traylor v. Credit Acceptance Corporation*, in the Hennepin County District Court, Fourth Judicial District, State of Minnesota, against Defendant Credit Acceptance Corporation ("Credit Acceptance").

2. On or about May 30, 2017 Plaintiff purportedly served an Amended Complaint on Credit Acceptance. The Amended Complaint retains all the claims from the Complaint (*e.g.*, Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*) and adds two new claims. The above-entitled state court action has not been filed with the Hennepin County District Court.

3. On June 1, 2017, Credit Acceptance removed this lawsuit to this Court based on federal question jurisdiction. [Dkt. #1.]

4. Credit Acceptance requested that Plaintiff stipulate to binding arbitration.

5. Plaintiff and Credit Acceptance have now agreed to arbitration, and shall now voluntarily submit their respective claims to binding non-judicial arbitration.

6. The arbitration shall be conducted through the American Arbitration Association.

7. Credit Acceptance shall only be responsible for all fees and costs associated with the filing of arbitration and payment of the arbitrators' fees.

8. This action against Credit Acceptance is stayed pending the outcome of arbitration.

ORDERED on June 9, 2017

<u>s/Patrick J. Schiltz</u>
Patrick J. Schiltz
United States District Court Judge